DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Bracamontes<br><br>Case below:<br>181 N.C. App. 149 | No. 047P07 | Def's (Cruz) PDR Under N.C.G.S. 7A-31 (COA06-259) | Denied 06/27/07<br><br>**Hudson, J., Recused** |
| State v. Brown<br><br>Case below:<br>182 N.C. App. 115 | No. 171P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-396) | Denied 06/27/07 |
| State v. Brunson<br><br>Case below:<br>180 N.C. App. 188 | No. 623A06 | 1. Def's NOA (Dissent) (COA05-1486)<br><br>2. Def's NOA Based Upon a Constitutional Question<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Dismissed *ex mero motu* 06/27/07<br><br>3. Denied 06/27/07 |
| State v. Caldwell<br><br>Case below:<br>181 N.C. App. 808 | No. 121P07 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1646)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. 7A-31 | 1. ——<br><br>2. Allowed 06/27/07<br><br>3. Denied 06/27/07 |
| State v. Conner<br><br>Case below:<br>Gates County Superior Court | No. 219A91-6 | 1. Def's PWC to Review the Order of Gates County Superior Court<br><br>2. AG's Motion to Dismiss PWC | 1. Denied 06/27/07<br><br>2. Dismissed as Moot 06/27/07 |
| State v. Crump<br><br>Case below:<br>178 N.C. App. 717 | No. 474P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-902)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 06/27/07<br><br>3. Denied 06/27/07 |